# Third District Court of Appeal

## State of Florida

Opinion filed October 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1503
Lower Tribunal No. 19-22326-CA-01
_____

**Jenna Alyssa Morales,**
Appellant,

vs.

**Max Adolfo Pirela,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

Falk, Waas, Solomon, Mendlestein, & Davis, P.A., Scott L. Mendlestein, Chuka Obianagu, and Jessica M. Hernandez, for appellant.

Eaton & Wolk, PL, and Douglas F. Eaton, for appellee.

Before FERNANDEZ, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Morales v. Pirela</u>, 3D24-0596 (Fla. 3d DCA Oct. 15, 2025).